IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RICHARD CLARK,

     Plaintiff,

v.                               No. 2:20-cv-02580-JTF-atc

UNITED STATES OF AMERICA AND
PATRICIA DYSON, INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY,

     Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard Clark and

Defendants United States of America and Patricia Dyson, Individually and in her Official

Capacity, stipulate to the dismissal with prejudice of all claims pending in this matter.

                            Respectfully submitted,

| | |
|---|---|
| SHEILA F. CAMPBELL, P.A. | D. Michael Dunavant<br>UNITED STATES ATTORNEY |
| By: s/ Sheila F. Campbell<br>Sheila F. Campbell (AR #83239)<br>P.O. Box 939<br>North Little Rock, AR 72115<br>(501) 374-0700<br>campbl@sbcglobal.net<br>*Counsel for Plaintiff* | By: s/ M. Jason Martin<br>M. Jason Martin (TN #27404)<br>Melanie R. Dunlap (TN #22477)<br>ASSISTANT UNITED STATES ATTORNEYS<br>UNITED STATES ATTORNEY'S OFFICE<br>WESTERN DISTRICT OF TENNESSEE<br>167 North Main Street, Suite 800<br>Memphis, Tennessee 38103<br>(901) 544-4231<br>jason.martin3@usdoj.gov<br>melanie.dunlap@usdoj.gov<br>*Counsel for Defendants* |