IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RICHARD CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-02580-JTF-atc |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| and ) | |
| PATRICIA DYSON, individually ) | |
| and in her official capacity, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

Before the Court is a Stipulation of Dismissal that was filed by the parties on February 3, 2021. (ECF No. 18.) Accordingly, this matter is dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED** on this the 3rd day of March, 2021.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE